AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-cr-00094 |
| | ) Assigned To : Judge Amit P. Mehta |
| Thomas Paul Osborne | ) Assign. Date : 2/21/2024 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Thomas Paul Osborne

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(1) - Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building

Date: 02/21/2024

2024.02.21 15:00:09 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

Honorable Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 2/21/24, and the person was arrested on *(date)* 2/22/24
at *(city and state)* Lakeland, Florida.

Date: 2/22/24

*Arresting officer's signature*

Nathan D. Stark
*Printed name and title*