UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 1:24-Cr-94-APM

THOMAS PAUL OSBORNE
_____/

**NOTICE OF APPEARANCE AS COUNSEL
AND SUBSTITUTION OF COUNSEL**

**COMES NOW**, JEFFREY G. BROWN, ESQ., Attorney for the Defendant appointed pursuant to the Criminal Justice Act, and hereby enters this Notice of Appearance on behalf of THOMAS PAUL OSBORNE, in the above styled cause.

The Clerk is requested to enter the appearance of the undersigned attorney as CJA counsel for the Defendant and to withdraw the name of AFD Sylvia Irvin.

Dated: April 12, 2024   \_\_\_\_\_*/s/ Jeffrey G. Brown*_____
 JEFFREY G. BROWN, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of April, 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the United States Attorney's Office and AUSA Benet J. Kearney.

> _/s/ Jeffrey G. Brown_
> JEFFREY G. BROWN, ESQUIRE
> Brown Doherty Little
> 450 Carillon Parkway, Suite 120
> St. Petersburg, FL  33716
> (727) 299-0099, Ext.
> FBN 832431
> jeff@lawbdl.com
> jennifer@lawbdl.com