UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-CR-94 (APM) |
| | : | |
| THOMAS PAUL OSBORNE, | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO CANCEL HEARING

A hearing was scheduled in this case for October 23, 2024 to discuss any pending motions pursuant to Federal Rules of Criminal Procedure 12(b)(3)(A)-(D).  No such motions were filed and so the government and defendant consent to canceling this hearing, if the Court agrees.  The parties will alert the Court if there are any issues they believe require the Court's guidance before the pretrial conference in this case, currently scheduled for November 25, 2024.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:    /s/ Brendan Ballou
        Brendan Ballou
        DC Bar No. 241592
        Special Counsel
        United States Attorney's Office
        601 D Street NW
        Washington, DC 20001
        (202) 431-8493
        Brendan.Ballou-Kelley@usdoj.gov

        Shanai Watson
        New York Bar No. 5003165
        Trial Attorney
        shanai.watson@usdoj.gov
        (202) 616-0245