UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 1:24-Cr-94-APM

THOMAS PAUL OSBORNE
_____/

### DEFENDANT'S REPLY TO GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO STAY, OR IN THE ALTERNATIVE, MOTION TO CONTINUE TRIAL

**COMES NOW**, the Defendant, THOMAS PAUL OSBORNE, by and through the undersigned counsel, and files this reply to the Government's Objection to the Defendant's Motion to Stay, or in the Alternative, Motion to Continue Trial, and states as follows:

Sometimes what is not said is more vocal than what is said. The Government, in their response, chose to ignore the fact that they knew every action and step Mr. Osborne took that fateful day but waited until June 2024, over three years later, before charging him for that conduct; and yet, they object to waiting three months because somehow, they represent the "public interest in the prompt and efficient administration of justice."

Still, the question remains, exactly whose "interest" they are speaking of. To quote a fellow lawyer, George Pallas, "[c]ertainly not the overwhelming majority of Americans who soundly rejected the candidate that stood at the Ellipse two weeks

ago and accused President-elect Trump of sending 'an armed mob to the United States Capitol to overturn the will of the people in a fair and free election.' No, that candidate lost, decisively, and the one who did win had repeatedly vowed to pardon January 6th defendants [like Mr. Osborne].'

Similarly, how is waiting three months an inefficient administration of justice? The undersigned has spoken with a high member of the future Trump Administration and the future pardon of Thomas Osborne is almost a certainty.

The undersigned has no problem travelling from Tampa, Florida, to the district to spend an entire week participating in what some may view as an exercise in futility. The question remains if this Court is inclined to expend a significant amount of taxpayer money, this Court's time, valuable juror time, and court staff time, to allow the Government to get a conviction of Thomas Osborne which will ultimately, after January 20, 2025, be vacated or pardoned. It seems the just option to do is to wait three months and allow the People's President to follow through on his promises.

**WHEREFORE**, based upon the foregoing, undersigned counsel requests that this Court grant the relief requested herein.

Dated: <u>November 17, 2024</u>                            Respectfully submitted,

                                                    ___/s/ *Jeffrey G. Brown*___
                                                    JEFFREY G. BROWN, ESQUIRE

United States v. OSBORNE
Case No. 1:24-Cr-94-APM
Defendant's Reply to Government's Objection to Defendant's Motion to Stay,
or in the Alternative, Motion to Continue Trial
Page 2 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of November, 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the United States Attorney's Office.

                                                                      */s/ Jeffrey G. Brown*
JEFFREY G. BROWN, ESQUIRE
Brown Doherty Little
1646 W Snow Ave., #16
Tampa, FL 33606
(727) 299-0099, Ext. 1
FBN 832431
jeff@lawbdl.com
jennifer@lawbdl.com

United States v. OSBORNE
Case No. 1:24-Cr-94-APM
Defendant's Reply to Government's Objection to Defendant's Motion to Stay,
or in the Alternative, Motion to Continue Trial
Page 3 of 3