CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THOMAS OSBORNE

Civil/Criminal No.: 24-cr-94 (APM)

### NOTE FROM JURY

Your honor,

May we check our phones during lunch (i.e. to check in w/ spouses/family)?

Date: 12/5

Time: 12 30

CSO T. Jefferson
13-05-24 at 1234 hrs