CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                Civil/Criminal No.: 24-cr-94 (APM)

THOMAS OSBORNE

### NOTE FROM JURY

On count four, page 15, it states "Count Four of the Indictment charges the defendant with disorderly and disruptive conduct..."

However, the header states "Count Four: Disorderly Conduct in a..."

Furthermore, the first element states "the defendant engaged in disorderly or disruptive conduct..."

Our question is, do we, as jurors, follow the text and header of the charge, or the first element wording? Do we read "and" or "or"?

Date: 12/5

Time: 14:15