CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        vs.

THOMAS OSBORNE

Civil/Criminal No.: 24-cr-94 (APM)

## NOTE FROM JURY

We, the jurors, have reached a verdict.

Date: 12/5

Time: 15 23