UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS PAUL OSBORNE,<br><br>Defendant. | )<br>)<br>)<br>)  Criminal No. 24-cr-94 (APM)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**Count One:**   Obstructing Law Enforcement Officers During a Civil Disorder

_____          ____✓____
Not Guilty                     Guilty

If you have determined the defendant is guilty of Count One, please identify the effect you have found unanimously for purposes of element three of this count:

_____  Commerce or the movement of any article or commodity in commerce

_____  Federally protected function

__✓__  Both

**Count Two:**   Entering or Remaining in a Restricted Building or Grounds

_____          ____✓____
Not Guilty                     Guilty

**Count Three:**   Disorderly or Disruptive Conduct in a Restricted Building or Grounds

_____          ____✓____
Not Guilty                     Guilty

**Count Four:  Disorderly Conduct in a Capitol Building or Grounds**

_____       \_\_\_✓_____
Not Guilty                Guilty

Dated this \_\_5\_\_ day of December, 2024